United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kimberly Illig, et al., | NO. C 09-05835 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| The County of Santa Clara, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on May 10, 2010. On April 12, 2010, the Court held a hearing on Defendants' Motion to Dismiss and took the Motion under submission. (See Docket Item No. 23.) Since the Court's ruling on the Motion may be case dispositive, the Court finds good cause to vacate the Case Management Conference as unnecessary at this time.

Accordingly, the Court VACATES the Case Management Conference. The Court will set a new Conference in its ruling on the Motion to Dismiss, if necessary.

Dated: May 5, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Marcy Berkman marcy.berkman@cco.sccgov.org

Kimberly J. Illig
359 Richmond Avenue
San Jose, CA 95128

Kristin J. Winant
15612 Barton Rd., #286
Loma Linda, CA 92354-3110

**Dated: May 5, 2010**               **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
      **Elizabeth Garcia**
      **Courtroom Deputy**