IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kimberly Illig, et al., | NO. C 09-05835 JW |
|     Plaintiffs, | **JUDGMENT** |
|   v. | |
| The County of Santa Clara, et al., | |
|     Defendants. | |

    Pursuant to the Court's May 7, 2010 Order Granting Defendant's Motion to Dismiss with Prejudice, judgment is entered in favor of Defendants Santa Clara County, Santa Clara County Department of Family and Children's Services, and Santa Clara County District Attorney's Office, against Plaintiffs Kimberly Illig and Kristin Winant as to the cause of action for violation of civil rights under 42 U.S.C. § 1983.

    Each party shall bear their own fees and costs.  The Clerk shall close this file.

Dated:  May 7, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Marcy Berkman marcy.berkman@cco.sccgov.org

Kimberly J. Illig
359 Richmond Avenue
San Jose, CA 95128

Kristin J. Winant
15612 Barton Rd., #286
Loma Linda, CA 92354-3110

**Dated: May 7, 2010**                     **Richard W. Wieking, Clerk**

                                            **By:    /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**

United States District Court
For the Northern District of California